# The Commonwealth of Massachusetts

## SUPREME JUDICIAL COURT

**JOHN ADAMS COURTHOUSE**
ONE PEMBERTON SQUARE
BOSTON, MASSACHUSETTS 02108

### CLERK'S CERTIFICATION

RE: IN RE: BD-2024-011 LAURENCE POTTER MORIN

I, Maura S. Doyle, Clerk of the Supreme Judicial Court for the County of Suffolk and Keeper of the record, hereby certify that the attached document(s), comprised of  14  page(s), is a true and accurate certified copy of the MEMORANDUM OF DECISION AND JUDGMENT OF DISBARMENT case no. BD-2024-011.

Dated this  16th   day of  April 2024.

ATTEST:



/s/ Maura S. Doyle
Maura S. Doyle, Clerk